21 A.3d 678

**GRACE BUILDING CO., INC., Petitioner**

v.

**RICHLAND TOWNSHIP BOARD OF SUPERVISORS, Respondent.**

Supreme Court of Pennsylvania.

June 13, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of June, 2011, the Petition for Allowance of Appeal is hereby **DENIED.**

Petition for leave to file response to answer of Richland Township is **DENIED.**